# Schulte Roth & Zabel LLP

919 Third Avenue
New York, NY 10022
212 756.2000
212.593 5955 fax

www srz com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __6-20-18__

Writer's E-mail Address
adam.harris@srz.com

June 14, 2018

*[handwritten:] against Cambridge Analytica*

*[handwritten:] This action is stayed in view of the pending bankruptcy proceeding against Cambridge Analytica. The action is not stayed at this time against the remaining defendants so ordered for all relief*

*[handwritten signature] U.S.D.J.*

*6/20/18*

First Class Mail

Clerk of the Court
US District Court -- Southern District of New York
500 Pear Street
New York, NY 10007

Re:   *Bigelow v. Cambridge Analytica LLC et al*, 18 Civ. ~~1845~~ 3485 (JGK)

Dear Sir/Madam:

        We understand that the above-referenced action is pending before your court. Please be advised that Cambridge Analytica, LLC, a defendant in the above-referenced action filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York, commencing a chapter 7 case that is pending before the Honorable Sean H. Lane, Case Number 18-11500 (the "Chapter 7 Cases"). Please be advised further that, on May 21, 2018, Salvatore LaMonica of LaMonica Herbst & Maniscalco, LLP was appointed as the chapter 7 trustee (the "Chapter 7 Trustee").

        Attached please find the Notice of Chapter 7 Bankruptcy Case filed in the Chapter 7 Cases. All other documents filed in the Chapter 7 Case may be accessed through PACER (Public Access to Court Electronic Records at www.pacer.gov). Please direct all other inquires to the Chapter 7 Trustee by contacting:

Page 2

Salvatore LaMonica
Jordan Pilevsky
LaMonica Herbst & Maniscalo, LLP
3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500
Fx. (516) 826-0222

Sincerely,

Adam C. Harris

Enc./Att.

<table>
<tr><td colspan="2">
<strong>Information to identify the case:</strong>
</td></tr>
</table>

| | | |
|---|---|---|
| Debtor | **Cambridge Analytica LLC**<br>Name | EIN **46–4449713** |
| United States Bankruptcy Court  **Southern District of New York** | | Date case filed for chapter **7**  **5/17/18** |
| Case number·  **18–11500–shl** | | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case                                    12/17

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney  All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

Do not file this notice with any proof of claim or other filing in the case.

| | | |
|---|---|---|
| 1.  **Debtor's full name** | Cambridge Analytica LLC | |
| 2.  **All other names used in the last 8 years** | aka Cambridge Analytica Commercial LLC, aka Cambridge Analytica Political LLC, aka Anaxi Solutions Inc | |
| 3.  **Address** | 597 5th Avenue<br>New York, NY | |
| 4.  **Debtor's attorney**<br>Name and address | Adam Craig Harris<br>Schulte Roth & Zabel, LLP<br>919 Third Avenue<br>New York, NY 10022 | Contact phone (212) 756–2000<br>Email· adam.harris@srz.com |
| 5.  **Bankruptcy trustee**<br>Name and address | Salvatore LaMonica<br>LaMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue<br>Wantagh, NY 11793 | Contact phone (516) 826–6500<br>Email  sl@lhmlawfirm.com |
| 6.  **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address  You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Bowling Green<br>New York, NY 10004–1408<br><br>Clerk of the Bankruptcy Court:<br>Vito Genna | Office Hours·  Monday – Friday 8.30 AM – 5.00 PM<br><br>Contact phone 212–668–2870<br><br>Date: 5/21/18 |
| 7.  **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath  Creditors may attend, but are not required to do so | **June 20, 2018 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location.<br><br>**Office of the United States Trustee, United States Bankruptcy Court, SDNY, One Bowling Green, Room 511, Fifth Floor, New York, NY 10004–1408** |
| 8.  **Proof of claim** | No property appears to be available to pay creditors  Therefore, other than claims secured by a security interest in the principal residence, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline<br><br>Deadline for holder(s) of a claim secured by a security interest in the principal residence pursuant to Rule 3002(c)(7)(A).      **Filing deadline:** 70 days after the order for relief is entered | |
| 9.  **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice  Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case | |