**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ____7-11-18____

**TODD BIGELOW,**

                    **Plaintiff,**

                                        **18-cv-3485 (JGK)**

- **against -**

                                        **ORDER**

**CAMBRIDGE ANALYTICA LLC, ET AL.,**

                    **Defendants.**

**JOHN G. KOELTL, District Judge:**

    This case has been voluntarily dismissed against defendants

SCL Group Limited and SCL Group, Inc.  The case is stayed

against the remaining defendant, Cambridge Analytica LLC,

because of a bankruptcy petition filed by that defendant.

    Therefore the Clerk of the Court is directed to close this

case subject to reopening within thirty days after resolution of

the bankruptcy proceeding involving Cambridge Analytica LLC.

**SO ORDERED.**

**Dated:    New York, New York**
          **July 10, 2018**

                                        _____
                                        **John G. Koeltl**
                                        **United States District Judge**